FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAY 20 2020

JAMES W. McCORMACK, CLERK
By: _Bank Hall_
DEP CLERK

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**FLOWER SHOP NETWORK, INC.**                                  **PLAINTIFF**

**v.**                                                  NO. _3:20-CV-00137 - JM_

                                                       **JURY TRIAL DEMANDED**

**BLOOMNATION, INC.**                                           **DEFENDANT**

This case assigned to District Judge _Moody_
and to Magistrate Judge _Ray_

**COMPLAINT**

Plaintiff Flower Shop Network, Inc., for its Complaint against Defendant BloomNation, Inc., states as follows:

## I.    THE PARTIES

1.    Plaintiff Flower Shop Network, Inc. ("FSN") is an Arkansas corporation having its principal place of business in Paragould, Arkansas.

2.    BloomNation, Inc. ("BloomNation") is a Delaware corporation having its principal place of business at 15007 Valley Vista Boulevard, Sherman Oaks, California 91403.

## II.    JURISDICTION AND VENUE

3.    This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1338(a) and 28 U.S.C. § 1331 because it involves claims arising under the Copyright Act and the Lanham Act, as well as under 28 U.S.C. § 1332 because the action is between citizens of a State and citizens of a foreign state, and the amount in controversy in this action, exclusive of interest and costs, exceeds the sum of $75,000.00.

4.    This Court has personal jurisdiction over BloomNation based upon BloomNation's offering to sell and/or selling goods in the State of Arkansas, based upon

4838-6761-5676v1
2951671-000001 05/19/2020

BloomNation's transaction of business in the State of Arkansas, and BloomNation's sufficient minimum contacts with the State of Arkansas. Upon information and belief, BloomNation engages in continuous and systematic contacts in the State of Arkansas through its transaction of business with local florists in Arkansas, its operation of an online marketplace for floral arrangements in Arkansas, and its collection of revenue associated with any purchases made on its online marketplace by consumers in Arkansas and/or for delivery in Arkansas. Further, BloomNation causes FSN's copyrighted images to be reproduced and distributed to consumers accessing its website or one of BloomNation's hosted member florist websites in Arkansas and infringes FSN's trademarks in Arkansas.

5.     Venue is proper in this judicial district under 28 U.S.C. § 1391(b)-(c) and/or 28 U.S.C. § 1400(a). A substantial part of the acts complained of herein occurs or has occurred in this District, and BloomNation may be found in this District.

## III.     FACTUAL ALLEGATIONS

### A.     FSN's Business and Intellectual Property Rights.

6.     FSN is an exclusive, members-only network of local florists around the nation. FSN offers a number of services to these local florists such as website design and hosting, search engine optimization and other marketing services, and access to hundreds of photographs of floral arrangements and recipes for the arrangements. FSN also connects consumers to FSN member florists through its "Local Florist Directory" and its "Shop Flowers Gallery."

7.     Since at least 2000, FSN has operated a website where, among other things, it promotes its professionally-designed floral arrangements to consumers at FlowerShopNetwork.com. Each arrangement has a unique and specific name attached to it. These arrangements drive consumer business to FSN's network of member florists.

8.     When a consumer desires to place an order for a FSN arrangement on FSN's website, the consumer is then prompted to enter a zip code to be connected to a florist in his or her local market.  Upon entering a zip code, the consumer is redirected to a local florist's website where the same arrangement is offered for sale and where the consumer can complete the purchase directly with the local florist.

9.     FSN provides the local florist with permission or license to use the image of and trademark for each floral arrangement, as well as a floral "recipe" which provides the local florist with the ingredients, i.e., components needed to create the floral arrangement, as set forth in FlowerShopNetwork.com's Terms of Use, attached hereto as Exhibit A.

10.    FSN has invested substantial money and resources to develop its catalog of floral arrangements and to conduct photoshoots of its floral arrangements that are displayed on FSN's website and are licensed and distributed to FSN's network of local florists.

11.    FSN's images constitute an integral part of its brand identity and are valuable resources that are for exclusive use by its network florists.

12.    FSN is the owner of all right, title, and interest in and to the Flower Shop Network Product Library 2013, Flower Shop Network Product Library 2016, and Flower Shop Network Product Library 2018 registrations issued by the United States Copyright Office pertaining to photographs of its floral arrangements ("the Flower Shop Network Copyright Registrations").   Genuine and authentic copies of the U.S. federal copyright certificates for the Flower Shop Network Copyright Registrations are attached hereto as Exhibit B.   The photographic images of floral arrangements included in the Flower Shop Network Copyright Registrations ("the FSN Copyrighted Images") appear on the FSN website and the websites of those local florists in the FSN network who have licensed same.

Page 3

13.     The Flower Shop Network Copyright Registrations are valid, subsisting, unrevoked, and uncancelled.

14.     FSN's intellectual property also includes its trademarks, such as the mark FSN ("the FSN Trademark"), the mark FLOWER SHOP NETWORK, and the marks, i.e., names, associated with FSN's various floral arrangements (collectively, "the FSN Product Trademarks"; together with the marks FSN and FLOWER SHOP NETWORK, "the Flower Shop Network Trademarks").

15.     At all relevant times, FSN has been using its trademarks in a prominent and distinctive manner in interstate commerce so as to distinguish the source of its products from those of others, and has spent significant effort and sums of money in advertising and promoting its floral arrangements under its trademarks in the State of Arkansas and around the United States.   Countless FSN floral arrangements have been sold through FSN's network of local florists under FSN's trademarks.

16.     As a result of FSN's long and exclusive use of its trademarks and the large amount of money spent for advertising and promotion of the goods sold under its trademarks, the Flower Shop Network Trademarks have become, through widespread and favorable public acceptance and recognition, exclusive assets of substantial value as symbols of FSN and its network of florists.

17.     Due to FSN's use and promotion, the trade and purchasing public has come to know and recognize FSN's trademarks as a designation identifying FSN as the source of quality floral arrangements.   Accordingly, FSN's trademarks have developed and represent valuable goodwill which rightfully belong exclusively to FSN.

Page 4

**B.      The Illegal Conduct of BloomNation**

18.      BloomNation has been exploiting the Flower Shop Network Copyright Registrations and Trademarks to advertise and to offer to sell imitations of FSN's floral arrangements through the Internet and through its own network of florists.

19.      BloomNation infringes the Flower Shop Network Copyright Registrations and Trademarks for the purpose of knowingly and willfully promoting BloomNation's own network and BloomNation's products to FSN's detriment.

20.      BloomNation prominently and publicly displays FSN's copyrighted images on its website, www.bloomnation.com, alongside marks, i.e., names, virtually identical to the FSN Product Trademarks, under a webpage conspicuously named "FSN Catalog."   A screenshot of BloomNation's FSN Catalog webpage is attached hereto as Exhibit C.

21.      BloomNation advertises FSN's floral arrangements, as depicted in FSN's Copyrighted Images and as described by the accompanying FSN Product Trademarks, and FSN's floral arrangements are offered for sale on BloomNation's website through its florist network, for virtually the same three-tiered pricing offered by FSN and its network of local florists.   For example, as can be seen below, BloomNation offers for sale a product using the mark "Zest for Life Bouquet" using an image taken from FSN's product listing for its ZEST FOR LIFE Bouquet.   FSN originally published this image in July 2013 and has obtained a copyright registration for a group of published photographs, which includes this image:

Page 5

Copyright Registration Number: VA0002191469
Copyright Publication Date: July 2013
Original Image:



| Screenshot of FSN's Use | Screenshot of Infringing Use |
|---|---|
| ZEST FOR LIFE<br>*Bouquet*<br><br>Shown at **$55.00\***<br><sub>Terms of Use</sub><br><br>https://www.flowershopnetwork.com/flower-pictures/ao01013/zest-for-life-bouquet/ | Zest for Life Bouquet<br>$55.00<br><br>https://www.bloomnation.com/florist/fsn-catalog/zest-for-life-bouquet/ |

22.     For each of the FSN products listed below, BloomNation advertises and offers for sale FSN's floral arrangement using a confusingly similar name and using an image taken from the corresponding FSN product listing.  On each product page, BloomNation also falsely

Page 6

identifies the product listings as "Designed and Handcrafted by FSN Catalog," further adding to the likelihood of consumer confusion and demonstrating BloomNation's willfulness in infringing the Flower Shop Network Copyright Registrations and Trademarks.

23. Listed below are FSN's Copyrighted Images and FSN Product Trademarks. A complete side-by-side display of each of FSN's Copyrighted Images and FSN Product Trademarks and corresponding infringing image and mark on BloomNation's website, along with the copyright registration and URL information is attached hereto as Exhibit D.

| | | | |
|---|---|---|---|
| a. | Festive Evergreen | q. | Rudolph's Nose |
| b. | Nature's Christmas Gift | r. | Vibrant Red Poinsettia |
| c. | Adoring Devotion | s. | Ardent Expressions |
| d. | Lily's Afterglow | t. | Colorful Blooms |
| e. | Gentle Dreams | u. | Flor-Elaborate |
| f. | Zest for Life | v. | Purple Heart |
| g. | Modern Green Arrangement | w. | Blushing Sweetness |
| h. | Fair As A Lily | x. | Lovely Perfection |
| i. | Crisp Autumn Morning | y. | Wild Ivy |
| j. | Joyful Christmas Bells | z. | Magical Christmas |
| k. | Cinnamon Enchantment | aa. | Aphrodite's Embrace |
| l. | Blossoming Medley | bb. | Alluring Alstroemeria |
| m. | Longing Caress | cc. | Sunny Skies |
| n. | Lion's Harvest Cornucopia | dd. | Tried & True Blue |
| o. | Reeds of Hope | ee. | Ivy Rose Bouquet |
| p. | November's Crown | ff. | Polka Dot Posies |
| | | gg. | Thanksgiving Dreams |
| | | hh. | Fall In Flowers |
| | | ii. | Autumnal Floral |

Page 7

| | | | | |
|---|---|---|---|---|
| jj. | Starry Holiday | | mm. | Purple Showers |
| kk. | Holiday Sensation | | nn. | Little Bit of Holly |
| ll. | Glorious Greens | | | |

24.     Despite advertising floral arrangements using the Flower Shop Network Copyrighted Images and Trademarks, BloomNation is not affiliated with FSN, nor is BloomNation authorized to use the Flower Shop Network Copyrighted Images and Trademarks.

25.     Although orders for floral arrangements on BloomNation's website are fulfilled by local florists, upon information and belief, BloomNation keeps a portion of the revenue associated with each consumer order, including those received as a result of BloomNation's infringement of the Flower Shop Network Copyright Registrations and Trademarks.

26.     Not only is BloomNation infringing the Flower Shop Network Copyright Registrations and Trademarks, but for many of the floral arrangements, BloomNation has also copied verbatim FSN's floral recipes identifying the different components combined in each floral arrangement and provides these recipes to its own network of florists so that they can fulfill consumer orders for floral arrangements that replicate the FSN floral arrangements. For example, as can be seen in the table below, BloomNation has copied verbatim FSN's floral recipes for FSN's Wild Ivy Floral Arrangement and Reeds of Hope Flower Arrangement:

| Screenshot of FSN's Recipe for Wild Ivy Floral Arrangement | Screenshot of BloomNation's Description for Wild Ivy Floral Arrangement |
|---|---|
| ▼ Products Used in This Basket Arrangements Arrangement:<br><br>* Products used to create design are also listed.<br><br>Barkcovered Container<br>Decorative Dried Mushroom<br>Dried Lotus Pods<br>Ivy<br>Seeded Eucalyptus<br>Orange Spray Roses<br>Yellow Spray Chrysanthemums<br>Orange Variegated Mini Carnations<br>Yellow Sunflowers<br>Green Hypericum<br>Purple Statice | Product Description:<br><br>Barkcovered Container<br>Decorative Dried Mushroom<br>Dried Lotus Pods<br>Ivy<br>Seeded Eucalyptus<br>Orange Spray Roses<br>Yellow Spray Chrysanthemums<br>Orange Variegated Mini Carnations<br>Yellow Sunflowers<br>Green Hypericum<br>Purple Statice |

| Screenshot of FSN's Recipe for Reeds of Hope Flower Arrangement | Screenshot of BloomNation's Description for Reeds of Hope Flower Arrangement |
|---|---|
| ▼ Products Used in This Thanksgiving Arrangement:<br><br>* Products used to create design are also listed.<br><br>Bark Covered Container<br>Dried Decorative Mushroom<br>Mini Cattails<br>Foliage: Salal Tips<br>Yellow Sunflowers<br>Green Tick Dianthus<br>Peach Snapdragons<br>Orange & Yellow Bicolored Tulips<br>Yellow Spray Chrysanthemums<br>Yellow Solidago | Product Description:<br><br>Bark Covered Container<br>Dried Decorative Mushroom<br>Mini Cattails<br>Foliage: Salal Tips<br>Yellow Sunflowers<br>Green Tick Dianthus<br>Peach Snapdragons<br>Orange & Yellow Bicolored Tulips<br>Yellow Spray Chrysanthemums<br>Yellow Solidago |

27.    As a result of BloomNation's infringement, when a consumer uses a search engine, like Google, to locate a particular FSN floral arrangement, BloomNation is one of the top search results.

28.    For example, FSN uses the mark NOVEMBER'S CROWN in connection with one of its floral designs.  If a customer were to search Google for "november's crown flowers," the top results would be FSN and BloomNation as follows:

4838-6761-5676v1<br>2951671-000001 05/19/2020



Google

november's crown flowers

All | Shopping | Images | News | Videos | More | Settings | Tools

About 90,300,000 results (0.60 seconds)

www.flowershopnetwork.com › flower-pictures › novembers-crown-f...

November's Crown Floral Design | Thanksgiving | Flower ...

Send **November's Crown** with a local **florist** through **Flower** Shop Network!

www.bloomnation.com › florist › november-s-crown-floral-design

November's Crown Floral Design by FSN Catalog - BloomNation

$50.00 - In stock

Send the **November's Crown Floral** Design bouquet of flowers from FSN Catalog in Santa Monica, CA. Local fresh flower delivery directly from the florist and ...

29. As another example, FSN uses the mark REEDS OF HOPE in connection with one of its floral designs. If a customer were to search Google for "reeds of hope flowers," the top results would be FSN and BloomNation as follows:

Google

reeds of hope flowers

All | Images | Shopping | Maps | News | More | Settings | Tools

About 2,930,000 results (0.60 seconds)

www.flowershopnetwork.com › flower-pictures › reeds-of-hope-flow...

Reeds of Hope Flower Arrangement | Thanksgiving | Flower ...

**Reeds of Hope Flower** Arrangement | Thanksgiving | **Flower** Shop Network.

www.bloomnation.com › florist › reeds-of-hope-flower-arrangement

Reeds of Hope Flower Arrangement by FSN Catalog

$40.00 - In stock

Send the **Reeds of Hope Flower** Arrangement bouquet of flowers from FSN Catalog in Santa Monica, CA. Local fresh flower delivery directly from the florist and ...

30. Similarly, if a consumer were to search Google for "FSN flower catalog," as a shorthand for searching for FSN's catalog of floral arrangements, BloomNation would be a top result, as shown below:



31.     Because BloomNation uses the Flower Shop Network Copyrights and Trademarks and offers the floral arrangements for virtually the same prices as FSN, a consumer is likely to be confused into believing that BloomNation is in some way associated with or authorized by FSN.

32.     Further concerning and adding to the risk of consumer confusion, BloomNation's website contains information regarding certain florists that are associated with FSN's network, but that are not in BloomNation's network of florists.  In fact, on at least one occasion, BloomNation has copied verbatim the text (without formatting) describing a FSN florist from the FSN florist's website (powered by and designed by FSN) onto its own website.  An example of this is shown below:

<div align="center">Page 11</div>



https://www.easthartfordctflorist.com/about_us.php

4838-6761-5676v1
2951671-000001 05/19/2020



https://www.bloomnation.com/florist/eden-s-florist-llc/

33.     Given that BloomNation has copied such a significant number—*over 40*—of FSN's Copyrighted Images, uses FSN's trademarks in advertising and offering for sale these floral arrangements, offers these floral arrangements for sale on a webpage titled "FSN Catalog," and lists certain FSN florists on its own website using text taken directly from that florist's website that was created by FSN, there is no question that BloomNation's infringement is willful and intentional.

Page 13

4838-6761-5676v1
2951671-000001 05/19/2020

## IV.   CAUSES OF ACTION

### COUNT I
### COPYRIGHT INFRINGEMENT

34.    FSN repeats and realleges the foregoing allegations above as if fully set forth herein.

35.    At all relevant times, FSN has been the author and copyright owner of the FSN Copyrighted Images.

36.    Under the Copyright Act, FSN possesses the exclusive right to reproduce, distribute, display, market and license the FSN Copyrighted Images.

37.    Without the permission or consent of FSN, BloomNation has copied the FSN Copyrighted Images from FSN's website and then reproduced, distributed, displayed and marketed the FSN Copyrighted Images on its own website.

38.    BloomNation's actions constitute infringement of the Flower Shop Network Copyright Registrations and FSN's exclusive rights under the Copyright Act.

39.    BloomNation's foregoing acts of infringement were willful and intentional.

40.    Due to BloomNation's unlawful actions, FSN has suffered, and will continue to suffer, substantial losses, including but not limited to damage to its business reputation and goodwill.

41.    As a result of BloomNation's infringement of the Flower Shop Network Copyright Registrations and FSN's exclusive rights under the Copyright Act, FSN is entitled to actual damages pursuant to 17 U.S.C. § 504(b).

4838-6761-5676v1
2951671-000001 05/19/2020

42.     Upon information and belief, BloomNation's conduct is causing and will continue to cause FSN to suffer great and irreparable injury.   Such harm will continue unless BloomNation is enjoined from such conduct by this Court.   FSN has no adequate remedy at law. Pursuant to 17 U.S.C. §§ 502 and 503, FSN is entitled to injunctive relief prohibiting BloomNation from further infringing the Flower Shop Network Copyright Registrations, and ordering BloomNation to destroy all copies of FSN's copyrighted works made in violation of FSN's exclusive rights under the Copyright Act.

## COUNT II
## TRADEMARK INFRINGEMENT OF THE FSN and FLOWER SHOP NETWORK TRADEMARKS

43.     FSN repeats and realleges the foregoing allegations above as if fully set forth herein.

44.     FSN is the owner of federal common law trademarks in the marks FLOWER SHOP NETWORK and the three-letter acronym FSN ("the FSN and FLOWER SHOP NETWORK Trademarks") for providing an online marketplace for buyers and sellers of floral arrangements and related goods and services.

45.     BloomNation has infringed the FSN and FLOWER SHOP NETWORK Trademarks in interstate commerce by various acts, including, without limitation, providing an online marketplace for floral arrangements under the mark FSN CATALOG.

46.     BloomNation's uses of the mark FSN CATALOG in connection with an online marketplace for floral arrangements are without FSN's permission or authority and are likely to cause confusion, to cause mistake, and/or to deceive the purchasing public and also constitute initial interest confusion.

4838-6761-5676v1
2951671-000001 05/19/2020

47.     BloomNation's uses of the mark FSN CATALOG have been made notwithstanding FSN's well-known and prior established rights in the FSN and FLOWER SHOP NETWORK Trademarks.

48.     BloomNation's conduct constitutes infringement of FSN's common law FSN and FLOWER SHOP NETWORK Trademarks in violation of  Section 43 of the Lanham Act, 15 U.S.C. § 1125.

49.     BloomNation's foregoing acts of infringement were willful and intentional.

50.     Due to BloomNation's unlawful actions, FSN has suffered, and will continue to suffer, substantial losses, including but not limited to damage to its business reputation and goodwill.

51.     As a result of BloomNation's infringement of the FSN and FLOWER SHOP NETWORK Trademarks and FSN's exclusive rights under the Lanham Act, FSN is entitled to actual, treble, and/or statutory damages and to its attorneys' fees pursuant to 15 U.S.C. § 1117.

52.     Upon information and belief, BloomNation's conduct is causing and will continue to cause FSN to suffer great and irreparable injury.   Such harm will continue unless BloomNation is enjoined from such conduct by this Court.  FSN has no adequate remedy at law. Pursuant to 15 U.S.C. §§ 1116 and 1118, FSN is entitled to injunctive relief prohibiting BloomNation from further infringing the FSN and FLOWER SHOP NETWORK Trademarks, and ordering BloomNation to destroy all articles bearing the infringing marks.

## COUNT III
## TRADEMARK INFRINGEMENT OF THE FSN PRODUCT TRADEMARKS

53.     FSN repeats and realleges the foregoing allegations above as if fully set forth herein.

54.     FSN is the owner of federal common law trademarks in each of the FSN Product Trademarks, including but not limited to those product names identified in Paragraph 23 and its subparts, for various flower arrangements and related goods and services.

55.     BloomNation has infringed the FSN Product Trademarks in interstate commerce by various acts, including, without limitation, advertising and offering for sale floral arrangements under the FSN Product Trademarks.

56.     BloomNation's uses of the FSN Product Trademarks in connection with floral arrangements are without FSN's permission or authority and are likely to cause confusion, to cause mistake, and/or to deceive the purchasing public and also constitute initial interest confusion.

57.     BloomNation's uses of the FSN Product Trademarks have been made notwithstanding FSN's well-known and prior established rights in the FSN Product Trademarks.

58.     BloomNation's conduct constitutes infringement of FSN's common law trademarks in violation of Section 43 of the Lanham Act, 15 U.S.C. § 1125.

59.     BloomNation's foregoing acts of infringement were willful and intentional.

60.     Due to BloomNation's unlawful actions, FSN has suffered, and will continue to suffer, substantial losses, including but not limited to damage to its business reputation and goodwill.

4838-6761-5676v1
2951671-000001 05/19/2020

62.     As a result of BloomNation's infringement of FSN's trademarks and exclusive

rights under the Lanham Act, FSN is entitled to actual, treble, and/or statutory damages and to its

attorneys' fees pursuant to 15 U.S.C. § 1117.

63.     Upon information and belief, BloomNation's conduct is causing and will continue

to cause FSN to suffer great and irreparable injury.   Such harm will continue unless

BloomNation is enjoined from such conduct by this Court.  FSN has no adequate remedy at law.

Pursuant to 15 U.S.C. §§ 1116 and 1118, FSN is entitled to injunctive relief prohibiting

BloomNation from further infringing the FSN Product Trademarks, and ordering BloomNation

to destroy all articles bearing the infringing mark.

## V.     **PRAYER FOR RELIEF**

WHEREFORE, FSN requests the following relief in its favor and against BloomNation:

a.      all injunctive relief to which FSN is entitled to as a matter of law and
        equity, including but not limited to enjoining BloomNation from
        infringing the Flower Shop Network Copyright Registrations and
        Trademarks in any manner, including but not limited to infringement on
        any BloomNation webpages, either front facing or behind a member florist
        login;

b.      inform each BloomNation member florist of the infringement, and inform
        all non-member florists that BloomNation solicited during the past 24
        months by email, mail or phone of the infringement;

c.      instruct, subject to FSN's approval, each BloomNation member florist to
        cease all unauthorized use of the Flower Shop Network Copyright
        Registrations and Trademarks, including the removal of all FSN
        copyrighted images from BloomNation member florist's websites that
        violate the FSN Terms of Use;

d.      all actual, compensatory, liquidated, and/or statutory damages, including
        but not limited to all lost profits suffered by FSN with respect to each and
        every cause of action asserted herein;

e.    disgorgement of any revenues and profits obtained by BloomNation by virtue of its copyright and trademark infringement;

f.    enhanced damages pursuant to 15 U.S.C. § 1117;

g.    all costs, expenses, and attorney's fees incurred by FSN in investigating, readying, bringing, and prosecuting each and every cause of action asserted herein;

h.    pre- and post-judgment interest on all monies found to be due to FSN from BloomNation, at the then prevailing, legal rate from the date said amounts or any part thereof became or become due;

i.    any additional relief the Court deems warranted under the circumstances; and

j.    a jury empaneled to try this matter.


Respectfully submitted,

Bradley E. Trammell
Ark. Bar No. 2016101
Adam S. Baldridge (*Pro Hac Vice*
application forthcoming)
Nicole D. Berkowitz (*Pro Hac Vice*
application forthcoming)

BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone:  901-526-2000
Email:  btrammell@bakerdonelson.com
Email:  abaldridge@bakerdonelson.com
Email:  nberkowitz@bakerdonelson.com

*Counsel for Plaintiff*


Page 19

# EXHIBIT A



real
Find Your **Local Florist**:    City, State or Zip     **Near** (city, state or zip)    [ Search ]

| Home | Shop Flowers | Bloomin' Blog | Find Florists | **About FSN** | Contact FSN | Florists Only! |

# ALL ABOUT US

OUR MISSION  |  HISTORY OF FSN  |  OUR EXPERIENCE  |  REVIEWS  |  AFFILIATIONS  |  LINK TO US  |  SOCIAL  |  CAREERS

 **Terms of Use for FlowerShopNetwork.com Content (Text/Images)**

This website is owned and operated by Flower Shop Network, Inc., ("Flower Shop Network"). All of the content featured or displayed on this website, including, but not limited to text, graphics, photographs, images, sound, illustrations and software ("Content") is the intellectual property of and is owned by Flower Shop Network.

All "Content" on this website is copyrighted by virtue of creation. A copyright is the exclusive right granted to "authors" under the United States Copyright Act of 1976 to copy, adapt, distribute, publicly perform, and publicly display their work, such as literary works, databases, musical works, sound recordings, photographs and other still images and motion picture and other audiovisual works. All "Content" on this site is copyrighted by Flower Shop Network.

Flower Shop Network.com content also appears on the website known as www.FSNf2f.com, a website for the members of Flower Shop Network. Flower Shop Network also allows its content to be used in the hosted websites Flower Shop Network creates for member florists.

Flower Shop Network may grant permission or license to use specific "Content" at the request of a paid member retail florist ("Member"). Subject to the terms of any membership agreement with Flower Shop Network, Members who reproduce an image or text via the internet must provide credit to Flower Shop Network and do so by producing a link to FlowerShopNetwork.com. An example of appropriate credit is as follows:

Copyrighted content provided by FlowerShopNetwork.com

FlowerShopNetwork.com must be linked to https://www.flowershopnetwork.com. You may use the code below.

```
Copyrighted content provided by <a
href="https://www.flowershopnetwork.com"
>FlowerShopNetwork.com</a>
```

The statement and link are required on each web page in which the "Content" of Flower Shop Network is reproduced.

Members using "Content" in print and/or television advertising for the purpose of promoting its store must include the following statement in a minimum 8 point font:

Copyrighted content provided by FlowerShopNetwork.com

Alternately, members may include the FlowerShopNetwork.com logo in a size that would be visible to the naked eye without magnification. (Approved logos available on our website here.)

Flower Shop Network may also grant permission or license to use specific content at the request of a nonmember or of a member for a purpose other than promoting its own flower shop. A fee may be assessed for use, depending on the purpose of use, or "Content" being requested. A request must be submitted to Flower Shop Network in writing, stating what image and/or text is being requested, where it will be reproduced, and for what purpose. i.e. marketing material, website, print ad, etc.

No image or text may be reproduced without the express written consent of Flower Shop Network, or without the payment of any assessed fees associated with such consent.

Flower Shop Network reserves the right to revoke its consent at any time.

Under no circumstances shall Flower Shop Network text or images :

- Be used to create or promote immoral, scandalous or obscene works.
- Be used in any manner that provides similar goods and services and competes with Flower Shop Network.
- Be used as a significant part of any project.

Disclaimers

Except as specifically stated in these Terms, the Security and Privacy Policy, or elsewhere on this website, or as otherwise required by applicable law, neither Flower Shop Network, nor its directors, officers, employees or other representatives will be liable for damages of any kind (including, without limitation, lost profits, direct, indirect, compensatory, consequential, exemplary, special, incidental, or punitive damages) arising out of your use of, your inability to use, or the performance of this website or the "Content" whether or not we have been advised of the possibility of such damages.

There may be links to other websites from the FlowerShopNetwork.com website; however, these other websites are not controlled by Flower Shop Network and we are not responsible for any content contained on any such website or any loss suffered by you in relation to your use of such websites.

Flower Shop Network, Inc reserves the right to change, amend, or modify stated Terms of Use without notice. If you have questions on our Terms of Use, please contact us:

Flower Shop Network, Inc.
103 Monroe Road
PO Box 786
Paragould, AR 72450
Tollfree: (800) 858-9925
Local: (870) 215-5444
Email: fsninfo@flowershopnetwork.com

## Find Flowers
- Birthday Flowers
- Anniversary Flowers
- Rose Arrangements
- Flowers Just Because
- Funeral Flowers
- Get Well Flowers
- House Plants

## Learn & Explore
- Bloomin' Blog
- Fresh Flower Care
- Card Messages
- House Plant Care
- Ask the Plant Expert
- Share Your Story
- Flower Dictionary
- Floral Holidays
- Wedding Flower Pictures

## For the Florists
- FSNf2f.com Login
- Member Benefits
- Websites
- FSNf2f
- Email Campaigns
- Much, Much More!

## More About Us
- About Us
- Our Experience
- Contact Us
- Careers @ FSN
- Reviews
- Link to FSN
- En Espanol
- Newsletter
- Site Map
- Privacy Policy
- Terms of Use



Flower Shop Network is your source for finding a real local florist.

**Find Your Local Florist**

| City, State | GO |

**We're Social**



web17-at

# EXHIBIT B

# Certificate of Registration




This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Stron*

Acting United States Register of Copyrights and Director

**Registration Number**

## VA 2-191-469

**Effective Date of Registration:**
February 18, 2020
**Registration Decision Date:**
February 19, 2020

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:**   June 01, 2013 to August 01, 2013

## Title _____

|  |  |
|---|---|
| **Title of Group:** | Flower Shop Network Product Library 2013 |
| **Number of Photographs in Group:** | 47 |
| • **Individual Photographs:** | EASTER GREETER,SPRINGTIME RINGS! , |
| **Published:** | June 2013 |
| • **Individual Photographs:** | Petal Pink Topiary ,Modern Christmas ,Amazing Grace ,AUTUMN GALA,Bunny Blooms Basket ,Butterfly Garden ,Celebrate Today! ,Bunny Blooms Basket ,Dancing Daffodils,DELIGHTFALL ,EFFLORESCENCE ,Floral Flavor ,Gerb Appeal ,GLITZY GATSBY ,HEART OF GOLD ,Isn't It Romantic.. ,LIME TWIST ,ORANGE UNIQUE ,Purple Heart Iris Vase,Celestial Purple  ,Rainbow of Roses ,Simply Sublime  ,Sunshine Perfection ,YOLO Yellow ,Zest for Life , |
| **Published:** | July 2013 |
| • **Individual Photographs:** | CELEBRATE A NEW YEAR ,FLORAL BLING ,Alluring Alstroemeria ,Fair As A Lily ,Fa-La-La Fabulous ,Flor-Elaborate ,GLAD TIDINGS ,PICK-ME-UP IN PINK! ,Have A Lovely Day! ,Heavenly Aura ,Holiday Motif ,Hopeful Happiness ,I Lily Love You ,JUBILEE GREEN ,OH WHAT FUN! ,Peace ~ Joy ~ Noel ,Pink Persuasion ,ROMANTIC BLISS ,SNOW WONDER ,Tangerine Twist Roses , |
| **Published:** | August 2013 |

## Completion/Publication _____

|  |  |
|---|---|
| **Year of Completion:** | 2013 |
| **Earliest Publication Date in Group:** | June 01, 2013 |
| **Latest Publication Date in Group:** | August 01, 2013 |
| **Nation of First Publication:** | United States |

## Author _____

- **Author:** Flower Shop Network, Inc.
**Author Created:** photographs
**Work made for hire:** Yes
**Citizen of:** United States
**Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Flower Shop Network INc.
103 Monroe, Paragould, AR, 72450, United States

## Rights and Permissions

**Organization Name:** Flower Shop Network Inc.
**Name:** Jamie Adams
**Email:** jadams@flowershopnetwork.com
**Telephone:** (870)215-6251
**Alt. Phone:** (870)215-5444
**Address:** 103 Monroe
Paragould, AR 72450 United States

## Certification

**Name:** Jamie Adams
**Date:** February 18, 2020

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marie Strong*

Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-191-474

**Effective Date of Registration:**
February 18, 2020
**Registration Decision Date:**
February 19, 2020

---

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** August 01, 2016 to November 01, 2016

## Title _____

| | |
|---|---|
| **Title of Group:** | Flower Shop Network Product Library 2016 |
| **Number of Photographs in Group:** | 70 |
| • **Individual Photographs:** | Bashful Blossoms Arrangement,So Beautiful Bouquet,Autumnal Floral Arrangement,Back to the Fuchsia Bouquet,Berries 'N Cream Bouquet,Blushing Love Arrangement,Bonfire Nights Bouquet,Rustic Orange and Cranberry Flower Arrangement,Champagne Roses Garden Roses Bouquet,Colorfulness Bouquet,Conversation Hearts Arrangement,Country Christmas Box Arrangement,Exotic Greenness Bouquet,Floral Flurries Arrangement,Fondness Bouquet,Glamorous Bouquet,Glory! Bouquet Arrangement,Gold Strike Roses Arrangement,Gracefulness Bouquet,Green Envy Arrangement,Home for Christmas Centerpiece,It's Finally Spring! Basket Arrangement,Ivory Splendor Arrangement,Ivy Rose Bouquet Arrangement,Kindness Bouquet,Modern Green Arrangement,Showiness Bouquet,Royal Amethyst Arrangement,Softness Bouquet,Sunny Skies Arrangement,Eye Candy Arrangement,Tenderness Bouquet,The Trendsetter Arrangement,Tried & True Blue Arrangement,Uptown Orchids Arrangement,Winter Sunset Arrangement,Winter Wonderment Bouquet, |
| **Published:** | August 2016 |
| • **Individual Photographs:** | Velvety Hues Arrangement,Sweet As Pie Pink Peonies,High Drama Roses Arrangement,First Sign of Spring Daffodils Bouquet,Soothe the Soul Arrangement,Polka Dot Posies Bouquet,Spring Soiree Bouquet,Beloved Bouquet Arrangement,Abracadabra! Bouquet,Calming Coral Arrangement,Dream Weaver Arrangement,Embraceable Pink Floral Design,Fandango Pink Arrangement,Fresh like Springtime Arrangement,Garden Veranda Arrangement,Gentle Magenta Arrangement,Holiday Poinsettia Blooming Plant,Love is Eternal Arrangement,Love Sweet Love Bouquet,Nature's Noel Arrangement,Pink Lace Arrangement,Red Carpet Bouquet Mixed Roses & Mini Roses,Sweet Pink Mystique Arrangement,Victorian Beauty Arrangement,Vintage Loveliness Arrangement,WOW Factor! Arrangement, |
| **Published:** | September 2016 |
| • **Individual Photographs:** | Deluxe Red Poinsettia Flowering Plant,Double Pink Poinsettia Blooming Plant,Double Red Poinsettia Blooming Plant,Double White Poinsettia |

Page 1 of 3

**Published:** Blooming Plant,Pretty in Pink Poinsettia Blooming Plant,Vibrant Red Poinsettia Flowering Plant,Winter White Poinsettia Blooming Plant, November 2016

## Completion/Publication

| | |
|---:|:---|
| **Year of Completion:** | 2016 |
| **Earliest Publication Date in Group:** | August 01, 2016 |
| **Latest Publication Date in Group:** | November 01, 2016 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---:|:---|
| • **Author:** | Flower Shop Network, Inc. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---:|:---|
| **Copyright Claimant:** | Flower Shop Network INc. |
| | 103 Monroe, Paragould, AR, 72450, United States |

## Rights and Permissions

| | |
|---:|:---|
| **Organization Name:** | Flower Shop Network Inc. |
| **Name:** | Jamie J Adams |
| **Email:** | jadams@flowershopnetwork.com |
| **Telephone:** | (870)215-6251 |
| **Alt. Phone:** | (870)215-5444 |
| **Address:** | 103 Monroe |
| | Paragould, AR 72450 United States |

## Certification

| | |
|---:|:---|
| **Name:** | Jamie Adams |
| **Date:** | February 17, 2020 |

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting United States Register of Copyrights and Director



**Registration Number**

## VA 2-191-472

**Effective Date of Registration:**
February 17, 2020
**Registration Decision Date:**
February 19, 2020

---

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)
**For Photographs Published:** February 01, 2018 to November 01, 2018

## Title _____

|  |  |
|---|---|
| **Title of Group:** | Flower Shop Network Product Library 2018 |
| **Number of Photographs in Group:** | 132 |
| • **Individual Photographs:** | A Kiss Goodbye,Bittersweet Dawn,Brave Soldier,Calming Memories,Celebration of Life,Crimson Departure,Ever Enchanting,Final Flight,Patriotic Salute,Hushed Goodbye,Uplifting Sendoff,Memories in Pink,Forever Missing You,Mourning Sunshine,Peace Always,Peaceful Crossover in Red,Cross of Peace,Grateful Heart,Pure Solace,Royal Farewell,Divine Destination,Soulful Hallelujah,Sweet Dreams,Tranquil Tears, |
| **Published:** | February 2018 |
| • **Individual Photographs:** | Adoration,Adoration Urn,Always In Our Hearts,Always In Our Hearts Urn,Beautiful Soul,Bittersweet Evening,Bittersweet Twilight Memorial,Bittersweet Twilight Memorial Urn,Dearest Departure,Eternal Peace,Eternal Peace Urn,Graceful Devotion,Missing You,Missing You Urn,Peaceful,Prayerful Whisper, |
| **Published:** | March 2018 |
| • **Individual Photographs:** | Glory Garden,Liberty Bouquet,O Beautiful,Victory Fireworks, |
| **Published:** | May 2018 |
| • **Individual Photographs:** | Bells of Paradise,Delightful Smiles,Modern Day Romance,Stately Reflection,Succulent Escape,Sweet Oasis,Tropical Honey,Wings of Gold, |
| **Published:** | July 2018 |
| • **Individual Photographs:** | Blue Bundles of Joy,Crisp Autumn Morning,Fall Cottage,Fall In Flowers,Gourd-eous Blooms,Hints of Cinnamon,Jewels of Fall,Lion's Harvest,Musical Harvest,November's Crown,Pink Bundles of Joy,Reeds of Hope,Romancing the Royal,Thanksgiving Dreams,The Golden Years,Tiny Blue Blessing,Tiny Pink Blessing,Tower of Flower,Vivid Amber,Whimsical Woods,Wild Ivy, |
| **Published:** | August 2018 |
| • **Individual Photographs:** | Aura of Winter,Celestial Glow,Christmas Ties,Cinnamon Enchantment,Cupid's Christmas,December Joys,Elegance of Winter,Evergreen Delight,Festive Evergreen,Frosty Blooms,Fruits of the Season,Glorious Greens,Holiday |

Page 1 of 3

|  |  |
|---|---|
| | Sensation,Joyful Christmas Bells,Joys of the Holiday,Little Bit of Holly,Magical Christmas,Nature's Christmas Gift,Rudolph's Nose,Rustic Winter,Starry Holiday,Winter's Blush, |
| **Published:** | September 2018 |

- **Individual Photographs:** Simple Charm,Riveting Rebirth,Tomorrow's Promise,Lily's Afterglow,Sunshine of Spring,Longing Caress,Purple Showers,Blushing Admirer,Spring's Treasure,Touches of Light,Entranced Meadow,Blooming with Color,Blossoming Medley,Vision of Beauty,Young Love,Adoring Sweetness,Hints of Iris,Colorful Blooms,Love Me at Sunset,Filled with Delight,Easter Egg-spression,Nurturing Soul,Gentle Dreams,Break of Day,Ardent Expressions,Darling Hearts,Deeply Dedicated,Charming Garden Basket,Blushing Sweetness,Dearest Treasure,Adoring Devotion,Everlasting Caress,Aphrodite's Embrace,Lovely Perfection,Lover's Sunrise,Rose's Blush,Pinky Swear,

  **Published:** November 2018

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2018 |
| **Earliest Publication Date in Group:** | February 01, 2018 |
| **Latest Publication Date in Group:** | November 01, 2018 |
| **Nation of First Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Flower Shop Network, Inc. |
| **Author Created:** | photographs |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Flower Shop Network INc. |
| | 103 Monroe, Paragould, AR, 72450, United States |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Flower Shop Network Inc. |
| **Name:** | Jamie J Adams |
| **Email:** | jadams@flowershopnetwork.com |
| **Telephone:** | (870)215-5444 |
| **Alt. Phone:** | (870)215-6251 |
| **Address:** | PO Box 786 |
| | Paragould, AR 72451 United States |

## Certification

| | |
|---|---|
| **Name:** | Jamie J Adams |

**Date:** February 17, 2020

**Copyright Office notes:**  Regarding title information: Deposit contains complete list of titles that
correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be
registered on one application with one filing fee only under limited
circumstances. ALL of the following are required: 1. All photographs (a) were
created by the same author AND (b) are owned by the same copyright claimant
AND (c) were published in the same calendar year AND 2. The group contains
750 photographs or less AND 3. A sequentially numbered list of photographs
containing the title, file name and month of publication for each photograph
included in the group must be uploaded along with other required application
materials. The list must be submitted in an approved document format such as
.XLS or .PDF. The file name for the numbered list must contain the title of the
group and the Case Number assigned to the application.

# EXHIBIT C

# EXHIBIT C

 BloomNation

Customer Login

 I'M A FLORIST

 CALL SUPPORT



FSN Catalog
123 Street
Santa Monica , CA 90401

Shop Designs       About Us       Delivery Information







| Festive Fruit Basket Gif... | $45.00 | Home Sweet Home Fl... | $55.00 | VERY VERDE Bouquet | $50.00 |

 FSN Catalog
*FREE DELIVERY*

 FSN Catalog
*FREE DELIVERY*

 FSN Catalog
*FREE DELIVERY*







| Canyon Sunset Arrang... | $65.00 | Festive Evergreen Flo... | $60.00 | Nature's Christmas Gift... | $45.00 |

 FSN Catalog
*FREE DELIVERY*

 FSN Catalog
*FREE DELIVERY*

 FSN Catalog
*FREE DELIVERY*



RUBY RED REGALIA F...   $45.00

FSN Catalog
*FREE DELIVERY*

Adoring Devotion Flor...   $110.00

FSN Catalog
*FREE DELIVERY*

Flames of Passion Doz...   $75.00

FSN Catalog
*FREE DELIVERY*

Oh Happy Day! Bouquet   $50.00

FSN Catalog
*FREE DELIVERY*

Lily's Afterglow Flower...   $75.00

FSN Catalog
*FREE DELIVERY*

Gentle Dreams Basket ...   $45.00

FSN Catalog
*FREE DELIVERY*



Zest for Life Bouquet           $45.00

FSN Catalog
*FREE DELIVERY*

Modern Green Arrang...           $75.00

FSN Catalog
*FREE DELIVERY*

Fair As A Lily Bouquet           $45.00

FSN Catalog
*FREE DELIVERY*

Crisp Autumn Morning ...           $80.00

FSN Catalog
*FREE DELIVERY*

Joyful Christmas Bells ...           $70.00

FSN Catalog
*FREE DELIVERY*

Cinnamon Enchantme...           $55.00

FSN Catalog
*FREE DELIVERY*



Forever More Arrange...    $60.00

FSN Catalog
*FREE DELIVERY*

Blossoming Medley Fl...    $60.00

FSN Catalog
*FREE DELIVERY*

Longing Caress Floral ...    $75.00

FSN Catalog
*FREE DELIVERY*

Colorful Blooms Flowe...    $65.00

FSN Catalog
*FREE DELIVERY*

Brilliant Basket Arrang...    $100.00

FSN Catalog
*FREE DELIVERY*

Be You Bouquet Floral...    $50.00

FSN Catalog
*FREE DELIVERY*

1   2   3   Next

## Cities we deliver to

Santa Monica

**COMPANY**

About BloomNation

In the News

Careers

Contact Us

Terms of Service

Privacy Policy

**MARKETPLACE**

Shop by City

Florist Log In

Help Center

Substitution Policy

Delivery Fee and Taxes

Wedding Flowers

**LET'S BE FRIENDS**

♥ BloomNation Blog

📷 Instagram

f Facebook

🐦 Twitter

📌 Pinterest

Copyright © 2020 BloomNation, Inc. — The local florist marketplace





 I'M A FLORIST

 CALL SUPPORT



FSN Catalog
123 Street
Santa Monica , CA 90401

Shop Designs                    About Us                    Delivery Information




Lemon-Lime Zest Arra...     $50.00



FSN Catalog
*FREE DELIVERY*



Happy Thoughts Color...     $45.00



FSN Catalog
*FREE DELIVERY*




Lion's Harvest Cornuc...     $55.00



FSN Catalog
*FREE DELIVERY*




Enthusiasm Blossoms ...     $55.00



FSN Catalog
*FREE DELIVERY*




Reeds of Hope Flower ...     $40.00



FSN Catalog
*FREE DELIVERY*



November's Crown Flo...     $50.00



FSN Catalog
*FREE DELIVERY*

FLOWER POWER! Flor...    $45.00

FSN Catalog
*FREE DELIVERY*

Rudolph's Nose Holida...    $60.00

FSN Catalog
*FREE DELIVERY*



Vibrant Red Poinsettia ...    $45.00

FSN Catalog
*FREE DELIVERY*

GLAMOROUS GREEN ...    $40.00

FSN Catalog
*FREE DELIVERY*





VELVETY RED CENTE...    $45.00

FSN Catalog
*FREE DELIVERY*



FESTIVE FLAIR Gift of ...    $40.00

FSN Catalog
*FREE DELIVERY*



Ardent Expressions Bu...    $45.00

FSN Catalog
*FREE DELIVERY*

Flor-Elaborate Bouquet    $55.00

FSN Catalog
*FREE DELIVERY*

Dreams Come True Fl...    $60.00

FSN Catalog
*FREE DELIVERY*

PETAL PERFECTION Fl...    $65.00

FSN Catalog
*FREE DELIVERY*

Hello Sunshine! Vase ...    $50.00

FSN Catalog
*FREE DELIVERY*

Purple Heart Iris Vase    $45.00

FSN Catalog
*FREE DELIVERY*



Blushing Sweetness B...     $100.00

FSN Catalog
*FREE DELIVERY*

Lovely Perfection Flow...     $100.00

FSN Catalog
*FREE DELIVERY*

Crazy in Love Daisies ...     $45.00

FSN Catalog
*FREE DELIVERY*

BRIGHT & SUNNY BAS...     $40.00

FSN Catalog
*FREE DELIVERY*

Wild Ivy Floral Arrange...     $45.00

FSN Catalog
*FREE DELIVERY*

Magical Christmas Flor...     $50.00

FSN Catalog
*FREE DELIVERY*

Previous   1   2   3   Next

## Cities we deliver to

Santa Monica

**COMPANY**

About BloomNation

In the News

Careers

Contact Us

Terms of Service

Privacy Policy

**MARKETPLACE**

Shop by City

Florist Log In

Help Center

Substitution Policy

Delivery Fee and Taxes

Wedding Flowers

**LET'S BE FRIENDS**

♥ BloomNation Blog

📷 Instagram

f Facebook

🐦 Twitter

📌 Pinterest

Copyright © 2020 BloomNation, Inc. — The local florist marketplace

Case 3:20-cv-00137-JM   Document 1   Filed 05/20/20   Page 45 of 90

 BloomNation

Customer Login

 I'M A FLORIST         CALL SUPPORT



FSN Catalog
123 Street
Santa Monica , CA 90401

Shop Designs        About Us        Delivery Information



UNITY & TRADITION C...   $55.00

FSN Catalog
*FREE DELIVERY*

The Richness of Red Fl...   $55.00

FSN Catalog
*FREE DELIVERY*

Aphrodite's Embrace F...   $110.00

FSN Catalog
*FREE DELIVERY*

Little Bit of Holly Holid...   $40.00

FSN Catalog
*FREE DELIVERY*

Alluring Alstroemeria A...   $55.00

FSN Catalog
*FREE DELIVERY*

Lazy Daisy & Delphiniu...   $45.00

FSN Catalog
*FREE DELIVERY*



High Style Blooms Arr...        $50.00

FSN Catalog
*FREE DELIVERY*

Sunny Skies Arrangem...        $90.00

FSN Catalog
*FREE DELIVERY*

Tried & True Blue Arra...        $30.00

FSN Catalog
*FREE DELIVERY*

Season For Sunflower...        $50.00

FSN Catalog
*FREE DELIVERY*

Ivy Rose Bouquet Arra...        $60.00

FSN Catalog
*FREE DELIVERY*

Richly Rosey Bouquet ...        $60.00

FSN Catalog
*FREE DELIVERY*









Polka Dot Posies Bouq...　$55.00

Thanksgiving Dreams ...　$65.00

Fall In Flowers Basket ...　$80.00

 FSN Catalog
*FREE DELIVERY*

 FSN Catalog
*FREE DELIVERY*

 FSN Catalog
*FREE DELIVERY*

Autumnal Floral Arrang...　$50.00

Starry Holiday Flower ...　$70.00

Holiday Sensation Bou...　$70.00

 FSN Catalog
*FREE DELIVERY*

 FSN Catalog
*FREE DELIVERY*

 FSN Catalog
*FREE DELIVERY*



Glorious Greens Holid...                    $60.00

Purple Showers Baske...                    $55.00

FSN Catalog
*FREE DELIVERY*

FSN Catalog
*FREE DELIVERY*

Previous    1    2    3

## Cities we deliver to

Santa Monica

### COMPANY

About BloomNation

In the News

Careers

Contact Us

Terms of Service

Privacy Policy

### MARKETPLACE

Shop by City

Florist Log In

Help Center

Substitution Policy

Delivery Fee and Taxes

Wedding Flowers

### LET'S BE FRIENDS

♥ BloomNation Blog

Instagram

f Facebook

Twitter

Pinterest

Copyright © 2020 BloomNation, Inc. — The local florist marketplace

# EXHIBIT D

# EXHIBIT D

    a.    Festive Evergreen

Copyright Registration Number: VA0002191472
Copyright Publication Date: September 2018
Original Image:



| Screenshot of FSN's Use | Screenshot of Infringing Use |
|---|---|
| **FESTIVE EVERGREEN** *Flower Bouquet*  Shown at **$70.00**\* Terms of Use https://www.flowershopnetwork.com/flower-pictures/ch040918/festive-evergreen-flower-bouquet/ |  https://www.bloomnation.com/florist/fsn-catalog/festive-evergreen-flower-bouquet/ |

1

b.    Nature's Christmas Gift

Copyright Registration Number: VA0002191472
Copyright Publication Date: September 2018
Original Image:



| Screenshot of FSN's Use | Screenshot of Infringing Use |
|---|---|
| **NATURE'S CHRISTMAS GIFT**<br>*Flower Arrangement*<br><br><br><br>Shown at **$55.00***<br>Terms of Use |  |
| https://www.flowershopnetwork.com/flower-pictures/ch041718/natures-christmas-gift-flower-arrangement/ | https://www.bloomnation.com/florist/fsn-catalog/nature-s-christmas-gift-flower-arrangement/ |

2

c. Adoring Devotion

Copyright Registration Number: VA0002191472
Copyright Publication Date: November 2018
Original Image:



| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |
|---|---|
| **ADORING DEVOTION** <br> *Floral Design* <br><br>  <br><br> Shown at **$125.00*** <br> Terms of Use <br><br> https://www.flowershopnetwork.com/flower-pictures/va110618/adoring-devotion-floral-design/ |  <br><br> https://www.bloomnation.com/florist/fsn-catalog/adoring-devotion-floral-design/ |

3

d.    Lily's Afterglow

Copyright Registration Number: VA0002191472
Copyright Publication Date: November 2018
Original Image:



| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |
|---|---|
| **LILY'S AFTERGLOW**<br>*Flower Arrangement*<br><br><br><br>Shown at **$90.00***<br><sub>Terms of Use</sub><br><br>https://www.flowershopnetwork.com/flow er-pictures/va113718/lilys-afterglow-flower-arrangement/ | <br><br>https://www.bloomnation.com/florist/fsn-catalog/lily-s-afterglow-flower-arrangement/ |

e.     Gentle Dreams

Copyright Registration Number: VA0002191472
Copyright Publication Date: November 2018
Original Image:



| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |
|---|---|
| **GENTLE DREAMS**<br>*Basket Arrangement*<br><br><br><br>Shown at **$55.00***<br><br><br>https://www.flowershopnetwork.com/flower-pictures/ba110418/gentle-dreams-basket-arrangement/ | <br><br>https://www.bloomnation.com/florist/fsn-catalog/gentle-dreams-basket-arrangement/ |

5

f.    Zest for Life

Copyright Registration Number: VA0002191469
Copyright Publication Date: July 2013
Original Image:



| Screenshot of FSN's Use | Screenshot of Infringing Use |
|---|---|
| https://www.flowershopnetwork.com/flower-pictures/ao01013/zest-for-life-bouquet/ | https://www.bloomnation.com/florist/fsn-catalog/zest-for-life-bouquet/ |

6

g.      Modern Green Arrangement



Copyright Registration Number: VA0002191474
Copyright Publication Date: August 2016
Original Image:

| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |
|---|---|
| https://www.flowershopnetwork.com/flower-pictures/ao05116/modern-green-arrangement/ | https://www.bloomnation.com/florist/fsn-catalog/modern-green-arrangement/ |

7

h.    Fair As A Lily

Copyright Registration Number: VA0002191469
Copyright Publication Date: August 2013
Original Image:



| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |
|---|---|
| **FAIR AS A LILY**<br>Bouquet<br><br><br><br>Shown at **$50.00***<br>Terms of Use |  |
| https://www.flowershopnetwork.com/flower-pictures/va02113/fair-as-a-lily-bouquet/ | https://www.bloomnation.com/florist/fsn-catalog/fair-as-a-lily-bouquet/ |

8

i. Crisp Autumn Morning

Copyright Registration Number: VA0002191472
Copyright Publication Date: August 2018
Original Image:



| Screenshot of FSN's Use | Screenshot of Infringing Use |
| --- | --- |

**CRISP AUTUMN MORNING**
*Basket Of Flowers*



Shown at **$95.00***
Terms of Use

https://www.flowershopnetwork.com/flow
er-pictures/ba041318/crisp-autumn-
morning-basket-of-flowers/



https://www.bloomnation.com/florist/fsn-
catalog/crisp-autumn-morning-basket-of-flowers/

9

j.     Joyful Christmas Bells

Copyright Registration Number: VA0002191472
Copyright Publication Date: September 2018
Original Image:



| Screenshot of FSN's Use | Screenshot of Infringing Use |
|---|---|
|  |  |
| https://www.flowershopnetwork.com/flower-pictures/ch041318/joyful-christmas-bells-holiday-flowers/ | https://www.bloomnation.com/florist/fsn-catalog/joyful-christmas-bells-holiday-flowers/ |

10

k.    Cinnamon Enchantment

Copyright Registration Number: VA0002191472
Copyright Publication Date: September 2018
Original Image:



| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |
|---|---|
| **CINNAMON ENCHANTMENT** <br> *Flower Arrangement* <br><br>  <br><br> Shown at **$65.00*** <br> Terms of Use |  |
| https://www.flowershopnetwork.com/flower-pictures/ch040518/cinnamon-enchantment-flower-arrangement/ | https://www.bloomnation.com/florist/fsn-catalog/cinnamon-enchantment-flower-arrangement/ |

11

1.    Blossoming Medley

Copyright Registration Number: VA0002191472
Copyright Publication Date: November 2018
Original Image:



| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |
|---|---|
| BLOSSOMING MEDLEY<br>*Floral Design*<br><br><br><br>Shown at **$80.00***<br>Terms of Use<br><br>https://www.flowershopnetwork.com/flower-pictures/va112418/blossoming-medley-floral-design/ | <br><br>https://www.bloomnation.com/florist/fsn-catalog/blossoming-medley-floral-design/ |

m.   Longing Caress

Copyright Registration Number: VA0002191472
Copyright Publication Date: November 2018
Original Image:



| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |
|---|---|
| **LONGING CARESS**<br>*Floral Design*<br><br>Shown at **$85.00\***<br>Terms of Use<br><br>https://www.flowershopnetwork.com/flower-pictures/va110418/longing-caress-floral-design/ | <br><br>https://www.bloomnation.com/florist/fsn-catalog/longing-caress-floral-design/ |

13

n.    Lion's Harvest Cornucopia

Copyright Registration Number: VA0002191472
Copyright Publication Date: August 2018
Original Image:



| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |
|---|---|
| **LION'S HARVEST** *Cornucopia*  Shown at **$65.00**\* Terms of Use https://www.flowershopnetwork.com/flower-pictures/fa040118/lions-harvest-cornucopia/ |  https://www.bloomnation.com/florist/fsn-catalog/lion-s-harvest-cornucopia/ |

14

o.     Reeds of Hope

Copyright Registration Number: VA0002191472
Copyright Publication Date: August 2018
Original Image:



| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |
|---|---|
| **REEDS OF HOPE** <br> *Flower Arrangement* <br><br>  <br><br> Shown at **$50.00\*** <br> Terms of Use <br><br> https://www.flowershopnetwork.com/flower-pictures/fa040718/reeds-of-hope-flower-arrangement/ |  <br><br> https://www.bloomnation.com/florist/fsn-catalog/reeds-of-hope-flower-arrangement/ |

15

p.  November's Crown

Copyright Registration Number: VA0002191472
Copyright Publication Date: August 2018
Original Image:



| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |

**NOVEMBER'S CROWN**
*Floral Design*

Shown at **$60.00**\*
Terms of Use

https://www.flowershopnetwork.com/flow
er-pictures/fa040918/novembers-crown-
floral-design/

BloomNation

November's Crown Floral Design

$60.00

AS SHOWN    DELUXE    PREMIUM

CHOOSE A DELIVERY DATE

ORDER NOW

DESIGNED AND HANDCRAFTED BY

FSN Catalog
Owner

https://www.bloomnation.com/florist/fsn-
catalog/november-s-crown-floral-design/

4833-2215-7238v4
2951671-000001 04/23/2020

q.    Rudolph's Nose

Copyright Registration Number: VA0002191472
Copyright Publication Date: September 2018
Original Image:



| Screenshot of FSN's Use | Screenshot of Infringing Use |
|---|---|
|  |  |
| https://www.flowershopnetwork.com/flower-pictures/ch040318/rudolphs-nose-holiday-flowers/ | https://www.bloomnation.com/florist/fsn-catalog/rudolph-s-nose-holiday-flowers/ |

17

r.    Vibrant Red Pointsettia

Copyright Registration Number: VA0002191474
Copyright Publication Date: November 2016
Original Image:



| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |
|---|---|
| **VIBRANT RED POINSETTIA**<br>*Flowering Plant*<br><br><br><br>Shown at **$55.00\***<br>*Terms of Use*<br><br>https://www.flowershopnetwork.com/flower-pictures/pl00516/vibrant-red-poinsettia-flowering-plant/ | <br><br>https://www.bloomnation.com/florist/fsn-catalog/vibrant-red-poinsettia-flowering-plant/ |

18

s.    Ardent Expressions

Copyright Registration Number: VA0002191472
Copyright Publication Date: November 2018
Original Image:



| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |
|---|---|
| **ARDENT EXPRESSIONS** *Bud Vase*  Shown at **$55.00\*** Terms of Use https://www.flowershopnetwork.com/flower-pictures/va110818/ardent-expressions-bud-vase/ |  https://www.bloomnation.com/florist/fsn-catalog/ardent-expressions-bud-vase/ |

19

t.    Colorful Blooms

Copyright Registration Number: VA0002191472
Copyright Publication Date: November 2018
Original Image:



| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |
|---|---|
| **COLORFUL BLOOMS**<br>*Flower Arrangement*<br><br><br><br>Shown at **$75.00\***<br><sub>Terms of Use</sub><br><br>https://www.flowershopnetwork.com/flower-pictures/va113918/colorful-blooms-flower-arrangement/ | <br><br>https://www.bloomnation.com/florist/fsn-catalog/colorful-blooms-flower-arrangement/ |

20

u.    Flor-Elaborate

Copyright Registration Number: VA0002191469
Copyright Publication Date: August 2013
Original Image:



| Screenshot of FSN's Use | Screenshot of Infringing Use |
|---|---|
| **FLOR-ELABORATE** *Bouquet* | |
| Shown at **$65.00\*** Terms of Use | |
| https://www.flowershopnetwork.com/flower-pictures/va01613/flor-elaborate-bouquet/ | https://www.bloomnation.com/florist/fsn-catalog/flor-elaborate-bouquet/ |

21

v.    Purple Heart

Copyright Registration Number: VA0002191469
Copyright Publication Date: July 2013
Original Image:



| Screenshot of FSN's Use | Screenshot of Infringing Use |
|---|---|
| **PURPLE HEART**<br>*Iris Vase*<br><br>Shown at **$50.00***<br>Terms of Use<br><br>https://www.flowershopnetwork.com/flower-pictures/va00913/purple-heart-iris-vase/ | https://www.bloomnation.com/florist/fsn-catalog/purple-heart-iris-vase/ |

22

w.      Blushing Sweetness

Copyright Registration Number: VA0002191472
Copyright Publication Date: November 2018
Original Image:



| Screenshot of FSN's Use | Screenshot of Infringing Use |
|---|---|
| **BLUSHING SWEETNESS**<br>*Basket Arrangement*<br>Shown at **$125.00**\*<br><sub>Terms of Use</sub><br>https://www.flowershopnetwork.com/flower-pictures/ba110518/blushing-sweetness-basket-arrangement/ | https://www.bloomnation.com/florist/fsn-catalog/blushing-sweetness-basket-arrangement/ |



23

x.     Lovely Perfection

Copyright Registration Number: VA0002191472
Copyright Publication Date: November 2018
Original Image:



| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |
|---|---|
| **LOVELY PERFECTION**<br>*Flower Arrangement*<br><br>Shown at **$110.00\***<br>*Terms of Use*<br>https://www.flowershopnetwork.com/flower-pictures/va113118/lovely-perfection-flower-arrangement/ | <br>https://www.bloomnation.com/florist/fsn-catalog/lovely-perfection-flower-arrangement/ |

4833-2215-7238v4
2951671-000001 04/23/2020

y.    Wild Ivy

Copyright Registration Number: VA0002191472
Copyright Publication Date: August 2018
Original Image:



| Screenshot of FSN's Use | Screenshot of Infringing Use |
|---|---|
|  |  |
| https://www.flowershopnetwork.com/flower-pictures/fa040818/wild-ivy-floral-arrangement/ | https://www.bloomnation.com/florist/fsn-catalog/wild-ivy-floral-arrangement/ |

25

z.      Magical Christmas

Copyright Registration Number: VA0002191472
Copyright Publication Date: September 2018
Original Image:



| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |
|---|---|
| **MAGICAL CHRISTMAS**<br>*Floral Design*<br><br><br><br>Shown at **$60.00\***<br>Terms of Use<br><br>https://www.flowershopnetwork.com/flower-pictures/ch040418/magical-christmas-floral-design/ | <br><br>https://www.bloomnation.com/florist/fsn-catalog/magical-christmas-floral-design/ |

aa.     Aphrodite's Embrace

Copyright Registration Number: VA0002191472
Copyright Publication Date: November 2018
Original Image:



| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |
|---|---|
| <br>**APHRODITE'S EMBRACE**<br>*Floral Design*<br><br><br><br>Shown at **$125.00***<br>Terms of Use<br><br>https://www.flowershopnetwork.com/flower-pictures/va111118/aphrodites-embrace-floral-design/ | <br>https://www.bloomnation.com/florist/fsn-catalog/aphrodite-s-embrace-floral-design/ |

27

bb.     Alluring Alstroemeria

Copyright Registration Number: VA0002191469
Copyright Publication Date: August 2013
Original Image:



| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |
|---|---|
| **ALLURING ALSTROEMERIA**<br>*Arrangement*<br><br><br><br>Shown at **$60.00**\*<br>Terms of Use<br><br>https://www.flowershopnetwork.com/flower-pictures/va02013/alluring-alstroemeria-arrangement/ | <br><br>https://www.bloomnation.com/florist/fsn-catalog/alluring-alstroemeria-arrangement/ |

28

cc.    Sunny Skies

Copyright Registration Number: VA0002191474
Copyright Publication Date: August 2016
Original Image:



| Screenshot of FSN's Use | Screenshot of Infringing Use |
|---|---|
| **SUNNY SKIES**<br>*Arrangement*<br>Shown at **$100.00***<br>Terms of Use<br>https://www.flowershopnetwork.com/flower-pictures/va03316/sunny-skies-arrangement/ | https://www.bloomnation.com/florist/fsn-catalog/sunny-skies-arrangement/ |

29

dd.     Tried & True Blue

Copyright Registration Number: VA0002191474
Copyright Publication Date: August 2016
Original Image:



| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |
|---|---|
| **TRIED & TRUE BLUE**<br>*Arrangement*<br><br><br><br>Shown at **$40.00\***<br><span style="font-size:smaller">Terms of Use</span><br><br>https://www.flowershopnetwork.com/flower-pictures/va00916/tried--true-blue-arrangement/ | <br><br>https://www.bloomnation.com/florist/fsn-catalog/tried-true-blue-arrangement/ |

ee.    Ivy Rose Bouquet

Copyright Registration Number: VA0002191474
Copyright Publication Date: August 2016
Original Image:



| Screenshot of FSN's Use | Screenshot of Infringing Use |
|---|---|
| **IVY ROSE BOUQUET** *Arrangement*  Shown at **$70.00*** Terms of Use https://www.flowershopnetwork.com/flower-pictures/va00516/ivy-rose-bouquet-arrangement/ |  https://www.bloomnation.com/florist/fsn-catalog/ivy-rose-bouquet-arrangement/ |

31

ff.     Polka Dot Posies

Copyright Registration Number: VA0002191474
Copyright Publication Date: September 2016
Original Image:



| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |
|---|---|

**POLKA DOT POSIES**
*Bouquet*



Shown at **$65.00***
Terms of Use

https://www.flowershopnetwork.com/flower-pictures/ao05316/polka-dot-posies-bouquet/



https://www.bloomnation.com/florist/fsn-catalog/polka-dot-posies-bouquet/

32

gg.    Thanksgiving Dreams

Copyright Registration Number: VA0002191472
Copyright Publication Date: August 2018
Original Image:



| Screenshot of FSN's Use | Screenshot of Infringing Use |
|---|---|
|  |  |
| https://www.flowershopnetwork.com/flower-pictures/ba041118/thanksgiving-dreams-basket-of-flowers/ | https://www.bloomnation.com/florist/fsn-catalog/thanksgiving-dreams-basket-of-flowers/ |

33

hh.    Fall In Flowers

Copyright Registration Number: VA0002191472
Copyright Publication Date: August 2018
Original Image:



| Screenshot of FSN's Use | Screenshot of Infringing Use |
|---|---|
| **FALL IN FLOWERS**<br>*Basket Arrangement*  Shown at **$95.00\*** <br>*Terms of Use*<br><br>https://www.flowershopnetwork.com/flower-pictures/ba041218/fall-in-flowers-basket-arrangement/ | <br>https://www.bloomnation.com/florist/fsn-catalog/fall-in-flowers-basket-arrangement/ |

34

ii.    Autumnal Floral

Copyright Registration Number: VA0002191474
Copyright Publication Date: August 2016
Original Image:



| Screenshot of FSN's Use | Screenshot of Infringing Use |
|---|---|
| **AUTUMNAL FLORAL** Arrangement   Shown at **$60.00\*** Terms of Use https://www.flowershopnetwork.com/flower-pictures/fa00116/autumnal-floral-arrangement/ |  https://www.bloomnation.com/florist/fsn-catalog/autumnal-floral-arrangement/ |

35

4833-2215-7238v4
2951671-000001 04/23/2020

jj.    Starry Holiday

Copyright Registration Number: VA0002191472
Copyright Publication Date: September 2018
Original Image:



| Screenshot of FSN's Use | Screenshot of Infringing Use |
|---|---|
| **STARRY HOLIDAY** *Flower Arrangement*  Shown at **$85.00\*** Terms of Use https://www.flowershopnetwork.com/flower-pictures/ch041418/starry-holiday-flower-arrangement/ |  https://www.bloomnation.com/florist/fsn-catalog/starry-holiday-flower-arrangement/ |

36

kk.     Holiday Sensation

Copyright Registration Number: VA0002191472
Copyright Publication Date: September 2018
Original Image:



| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |
|---|---|
| **HOLIDAY SENSATION** <br> *Bouquet* <br><br>  <br><br> Shown at **$95.00\*** <br> Terms of Use <br><br> https://www.flowershopnetwork.com/flower-pictures/ch041518/holiday-sensation-bouquet/ |  <br><br> https://www.bloomnation.com/florist/fsn-catalog/holiday-sensation-bouquet/ |

37

ll.      Glorious Greens

Copyright Registration Number: VA0002191472
Copyright Publication Date: September 2018
Original Image:



| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |
|---|---|
| **GLORIOUS GREENS**<br>Holiday Design<br><br><br><br>Shown at **$75.00\***<br>Terms of Use<br><br>https://www.flowershopnetwork.com/flower-pictures/ch041118/glorious-greens-holiday-design/ | <br><br>https://www.bloomnation.com/florist/fsn-catalog/glorious-greens-holiday-design/ |

38

4833-2215-7238v4
2951671-000001 04/23/2020

mm.   Purple Showers

Copyright Registration Number: VA0002191472
Copyright Publication Date: November 2018
Original Image:



| Screenshot of FSN's Use | Screenshot of Infringing Use |
|---|---|
| **PURPLE SHOWERS**<br>*Basket Arrangement*<br><br>Shown at **$65.00***<br>Terms of Use<br>https://www.flowershopnetwork.com/flower-pictures/ba110118/purple-showers-basket-arrangement/ | <br>https://www.bloomnation.com/florist/fsn-catalog/purple-showers-basket-arrangement/ |

4833-2215-7238v4
2951671-000001 04/23/2020

nn.     Little Bit of Holly

Copyright Registration Number: VA0002191472
Copyright Publication Date: September 2018
Original Image:



| **Screenshot of FSN's Use** | **Screenshot of Infringing Use** |
|---|---|

**LITTLE BIT OF HOLLY**
*Holiday Bouquet*



Shown at **$50.00***


https://www.flowershopnetwork.com/flower-pictures/ch040818/little-bit-of-holly-holiday-bouquet/



https://www.bloomnation.com/florist/fsn-catalog/little-bit-of-holly-holiday-bouquet/

40