IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| **FLOWER SHOP NETWORK, INC.** <br><br> Plaintiff <br><br> v. <br><br> **BLOOMNATION, INC.** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) **Civil Action No. 3:20-cv-00137-JM** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff Flower Shop Network, Inc. hereby gives notice of and stipulates to the dismissal of this action with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. It is further stipulated that each party shall bear its own attorney fees, costs and expenses, including discretionary costs, incurred in this matter.

Respectfully submitted,

/s/ Bradley E. Trammell
Bradley E. Trammell Ark. Bar No. 2016101
Adam S. Baldridge
Nicole D. Berkowitz

BAKER, DONELSON, BEARMAN
CALDWELL & BERKOWITZ, PC
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: 901-526-2000
Email: btrammell@bakerdonelson.com
Email: abaldridge@bakerdonelson.com
Email: nberkowitz@bakerdonelson.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 13, 2021, a copy of the foregoing was served by email to Defendant BloomNation, Inc. in care of its counsel:

Victor T. Fu, Esq.
Prospera Law, LLP
1901 Avenue of the Stars, Suite 480
Los Angeles, CA  90067
vfu@prosperalaw.com

/s/ Bradley E. Trammell